No. 5,827.—STATE ex rel. JOHN H. JOHNSON, Relator, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of *certiorari* directed to the District Court of the Fourteenth Judicial District in and for the County of Broadwater, and Honorable Wm. L. Ford, Judge thereof, to annul certain orders made in a cause entitled *Jefferson D. Doggett, Plaintiff,* v. *John H. Johnson et al., Defendants.*

Decided October 3, 1925.

PER CURIAM.—Relator's application for writ of *certiorari* herein is denied.

*Mr. Frank W. Mettler,* for Relator.